**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (*if known*): _____ Chapter _____

❑ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    _____

2. **All other names debtor used in the last 8 years**    _____

   Include any assumed names, trade names, and *doing business as* names    _____
   _____
   _____

3. **Debtor's federal Employer Identification Number** (EIN)    __ __ – __ __ __ __ __ __ __

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| _____ | _____ |
| Number      Street | Number      Street |
| _____ | _____ |
| | P.O. Box |
| _____ | _____ |
| City                State      ZIP Code | City                State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| _____ | _____ |
| County | Number      Street |
| | _____ |
| | _____ |
| | City                State      ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**
   ❑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ❑ Partnership (excluding  LLP)
   ❑ Other. Specify: _____

Debtor _____    Case number *(if known)*_____
　　　　　Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

**B.** *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

＿＿ ＿＿ ＿＿ ＿＿

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply:*
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No
- ☐ Yes. District _____ When ___/___/_____    Case number _____
　　　　　　　　　　　　　　　　　　MM / DD / YYYY
　　　　District _____ When ___/___/_____    Case number _____
　　　　　　　　　　　　　　　　　　MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☐ Yes. Debtor _____    Relationship _____
　　　　District _____    When ___/___/_____
　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY
　　　　Case number, if known _____

---

Debtor _____     Case number (if known)_____
         Name

---

**11. Why is the case filed in *this district*?**

Check all that apply:

❑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

❑ No

❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  (Check all that apply.)

❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

❑ It needs to be physically secured or protected from the weather.

❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❑ Other _____

**Where is the property?**_____
                         Number          Street

_____

_____
City                                        State        ZIP Code

**Is the property insured?**

❑ No

❑ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

Check one:

❑ Funds will be available for distribution to unsecured creditors.

❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

❑ 1-49
❑ 50-99
❑ 100-199
❑ 200-999

❑ 1,000-5,000
❑ 5,001-10,000
❑ 10,001-25,000

❑ 25,001-50,000
❑ 50,001-100,000
❑ More than 100,000

---

**15. Estimated assets**

❑ $0-$50,000
❑ $50,001-$100,000
❑ $100,001-$500,000
❑ $500,001-$1 million

❑ $1,000,001-$10 million
❑ $10,000,001-$50 million
❑ $50,000,001-$100 million
❑ $100,000,001-$500 million

❑ $500,000,001-$1 billion
❑ $1,000,000,001-$10 billion
❑ $10,000,000,001-$50 billion
❑ More than $50 billion

---

Debtor  Ruby's Franchise Systems, Inc.                        Case number (if known)_____

**16. Estimated liabilities**

| | | | |
|---|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of
authorized representative of
debtor**

◻  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this
petition.

◻  I have been authorized to file this petition on behalf of the debtor.

◻  I have examined the information in this petition and have a reasonable belief that the information is true and
correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _9 6 2018_
        MM / DD / YYYY

✗ _[signature]_          _DOUG CAVANAUGH_
  Signature of authorized representative of debtor       Printed name

Title _PRESIDENT_

**18. Signature of attorney**

✗ _Eric J. Fromme_       Date  _09 / 05 / 2018_
  Signature of attorney for debtor                MM  / DD / YYYY

_Eric J. Fromme_
Printed name
_Theodora Oringher PC_
Firm name
_535 Anton Boulevard, Ninth Floor_
Number      Street
_Costa Mesa_          _CA_    _92626-7109_
City                     State     ZIP Code

_(714) 549-6200_         _efromme@toconusel.com_
Contact phone                Email address

_193517_                _CA_
Bar number                State

## ATTACHMENT 10

| | |
|---|---|
| **Debtor:** | Ruby's SoCal Diners, LLC, a Delaware limited liability company |
| **Relationship:** | Affiliate |
| **District:** | Central District |
| **When:** | August 29, 2018 |
| **Case Number:** | 8:18-bk-13197-CB |

| | |
|---|---|
| **Debtor:** | Ruby's Quality Diners, LLC, a Delaware limited liability company |
| **Relationship:** | Affiliate |
| **District:** | Central District |
| **When:** | August 29, 2018 |
| **Case Number:** | 8:18-bk-13198-CB |

| | |
|---|---|
| **Debtor:** | Ruby's Huntington Beach, Ltd., a California limited partnership |
| **Relationship:** | Affiliate |
| **District:** | Central District |
| **When:** | August 29, 2018 |
| **Case Number:** | 8:18-bk-13199-CB |

| | |
|---|---|
| **Debtor:** | Ruby's Laguna Hills, Ltd., a California limited partnership |
| **Relationship:** | Affiliate |
| **District:** | Central District |
| **When:** | August 29, 2018 |
| **Case Number:** | 8:18-bk-13200-CB |

| | |
|---|---|
| **Debtor:** | Ruby's Oceanside Ltd., a California limited partnership |
| **Relationship:** | Affiliate |
| **District:** | Central District |
| **When:** | August 29, 2018 |
| **Case Number:** | 8:18-bk-13201-CB |

| | |
|---|---|
| **Debtor:** | Ruby's Palm Springs, Ltd., a California limited partnership |
| **Relationship:** | Affiliate |
| **District:** | Central District |
| **When:** | August 29, 2018 |
| **Case Number:** | 8:18-bk-13202-CB |

| | |
|---|---|
| **Debtor:** | <u>Ruby's Diner, Inc., a California Corporation</u> |
| **Relationship:** | Affiliate |
| **District:** | Central District |
| **When:** | September 5, 2018 |
| **Case Number:** | 8:18-bk-13311-MW |

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor _____     Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

# RUBY'S FRANCHISE SYSTEMS, INC.

## SECRETARY'S CERTIFICATE

I, Tad Belshe, undersigned Secretary of Ruby's Franchise Systems, Inc. (the "**Company**") hereby certify that, at a properly convened meeting of the Board of Directors of the Company on August 31, 2018, the following resolutions were duly adopted by the Board of Directors of the Company by a unanimous vote and recorded in the minute book of the Company, and that they have not been amended, modified, rescinded and, accordingly, are in full force and effect as of the date hereof:

RESOLVED, that, in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties that a petition (the "**Petition**") be filed by the Company in the United States Bankruptcy Court for the Central District of California (the "**Bankruptcy Court**"); and it is

FURTHER RESOLVED, that the executive officers of the Company shall be, and each of them hereby is, authorized, directed and empowered on behalf of and in the name of the Company to execute, verify and cause to be filed the Petition, together with schedules of assets and liabilities, the statement of financial affairs and other ancillary documents required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure to be filed with the Petition, at such time as such executive officer/s shall determine; and it is

FURTHER RESOLVED, that the executive officers of the Corporation shall be, and each of them hereby is, authorized, directed and empowered on behalf of and in the name of the Company to execute, verify and cause to be filed such requests for firs-day relief from the Bankruptcy Court as the executive officers of the Company may deem necessary, proper, or desirable in connection with the Petition, with a view to successful prosecution thereunder; and it is

FURTHER RESOLVED, that the law firm of Theodora Oringher shall be, and hereby is, employed as attorneys for the Company in the Company's chapter 11 case under a general retainer; and it is

FURTHER RESOLVED, that the Company shall be, and hereby is, authorized and directed to enter into, execute and deliver all documents necessary or appropriate to consummate certain debtor-in-possession credit agreement (the "**DIP Credit Agreement**") among the Company and one or several lenders; and such further agreements, reaffirmations, certificates, instruments, guaranties, notices and any and all other documents contemplated by the DIP Credit Agreement or executed in connection therewith; and it is

FURTHER RESOLVED, that the executive officers of the Company shall be, and each of them hereby is, authorized, directed and empowered in the name of and on behalf of the Company, as debtor and debtor in possession, to take such actions and execute, deliver and perform such agreements, certificates, instruments, notices and

any and all other documents the executive officers of the Company may deem necessary or appropriate to provide any creditors of the Company with "adequate protection" under the Bankruptcy Code in connection, whether in connection with the transactions under the DIP Credit Agreement, the use of cash collateral, or otherwise, all as may be required by the Bankruptcy Court; and it is

FURTHER RESOLVED, that the executive officers of the Company, and any employees or agents Including counsel) designated by or directed by such officers, shall be, and each hereby is, authorized and empowered to cause the Company and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record and perform such agreements, instruments, motions, affidavits, applications for approvals or rules of government or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such officer shall be necessary, proper, and desirable to prosecute to a successful completion of the Company's chapter 11 case, to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure, and ownership of the Company and its subsidiaries consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, there authority to be evidenced by the taking of such actions; and it is

FURTHER RESOLVED, that the executive officers of the Company be, and each of them hereby is, authorized and empowered on behalf of the Company and in its name to take or cause to be take all actions and to execute and deliver all such instruments that such officer determines are necessary or desirable in connection with the foregoing resolutions, such approval to be conclusively evidences by the taking of any such action or the execution and delivery of any such instrument by such officer; and it is

FURTHER RESOLVED, that any and all acts taken and any and all certificates, instruments, agreements or other documents executed on behalf of the Company by the executive officers of the Company prior to the adoption of the foregoing resolutions with regard to any of the transactions, actions, certificates, instruments, agreements or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed adopted and approved.

IN WITNESS WHEREOF, the undersigned has executed this Secretary's Certificate on September 5, 2018

Tad Belshe, Secretary

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

3. (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
See Attachment 10

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Newport Beach , California

_____
Signature of Debtor

Date: 9/4/18

_____
Signature of Joint Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# ATTACHMENT 10

| | |
|---|---|
| **Debtor:** | Ruby's SoCal Diners, LLC, a Delaware limited liability company |
| **Relationship:** | Affiliate |
| **District:** | Central District |
| **When:** | August 29, 2018 |
| **Case Number:** | 8:18-bk-13197-CB |

| | |
|---|---|
| **Debtor:** | Ruby's Quality Diners, LLC, a Delaware limited liability company |
| **Relationship:** | Affiliate |
| **District:** | Central District |
| **When:** | August 29, 2018 |
| **Case Number:** | 8:18-bk-13198-CB |

| | |
|---|---|
| **Debtor:** | Ruby's Huntington Beach, Ltd., a California limited partnership |
| **Relationship:** | Affiliate |
| **District:** | Central District |
| **When:** | August 29, 2018 |
| **Case Number:** | 8:18-bk-13199-CB |

| | |
|---|---|
| **Debtor:** | Ruby's Laguna Hills, Ltd., a California limited partnership |
| **Relationship:** | Affiliate |
| **District:** | Central District |
| **When:** | August 29, 2018 |
| **Case Number:** | 8:18-bk-13200-CB |

| | |
|---|---|
| **Debtor:** | Ruby's Oceanside Ltd., a California limited partnership |
| **Relationship:** | Affiliate |
| **District:** | Central District |
| **When:** | August 29, 2018 |
| **Case Number:** | 8:18-bk-13201-CB |

| | |
|---|---|
| **Debtor:** | Ruby's Palm Springs, Ltd., a California limited partnership |
| **Relationship:** | Affiliate |
| **District:** | Central District |
| **When:** | August 29, 2018 |
| **Case Number:** | 8:18-bk-13202-CB |

| | |
|---|---|
| **Debtor:** | <u>Ruby's Diner, Inc., a California Corporation</u> |
| **Relationship:** | Affiliate |
| **District:** | Central District |
| **When:** | September 5, 2018 |
| **Case Number:** | 8:18-bk-13311-MW |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| *[Proposed] Attorneys for Ruby's Franchise Systems, Inc., a California Corporation* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - _____ DIVISION**

In re:




Debtor(s).

CASE NO.:

ADVERSARY NO.:

CHAPTER:

---

Plaintiff(s),

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**

---

Defendant(s).

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.   I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

_____

[For additional names, attach an addendum to this form.]

b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:   _____                    By: _Eric J. Fromme_____
                                                  Signature of Debtor, or attorney for Debtor

                                              Name: _____
                                                  Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of _____

**In re**

Case No. _____

**Debtor**

Chapter _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

2. The source of the compensation paid to me was:

   ☐ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor            ☐ Other (specify)

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

     d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

     e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____      *Eric J. Fromme*

*Date*                             *Signature of Attorney*

                            _____

                            *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eric J. Fromme, Esq. (State Bar No. 193517)<br>efromme@tocounsel.com<br>THEODORA ORINGHER PC<br>535 Anton Boulevard, Ninth Floor<br>Costa Mesa, California 92626-7109<br>Telephone: (714) 549-6200<br>Facsimile: (714) 549-6201<br><br><br><br><br>*[Proposed] Attorneys for Ruby's Franchise Systems, Inc., a California Corporation* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Ruby's Franchise Systems, Inc.<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___9___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _9-6-2018_

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                **F 1007-1.MAILING.LIST.VERIFICATION**

ABM Industry Groups LLC
5000 Birch Street Suite 2
Newport Beach, CA 92660


Advantage One Escrow
7777 Center Avenue Suite 350
Huntington Beach, CA 92647


AEG Management SD LLC
dba Valley View Casino Center
3500 Sports Arena Blvd
San Diego, CA 92110


Aetna Life Insurance Company
PO Box 775392
Chicago, IL 60677-5392


AFP Saddington LLP
18201 Von Karman Ave Suite 450
Irvine, CA 92612-1014


Anchor Printing
649 South B Street
Tustin, CA 92780


Box Inc
Dept 34666
PO Box 39000
San Francisco, CA 94139

Bryan Cave LLP
PO Box 503089
St Louis, MO 63150-3089


Buckingham Consulting USA LLC
421 West Melrose Street 21BC
Chicago, IL 60657


California Restaurant Mutual
PO Box 45783
San Francisco, CA 94145-0783


Cheyenne Linich
17312 Wilkinson Road
Modjeska Cyn, CA 92676


Compeat Inc
12303 Technology Blvd Suite 930D
Austin, TX 78727


Craig Realty Group MacArthur LLC
4100 MacArthur Blvd Suite 100
Newport Beach, CA 92660


Croudace and Dietrich LLP
4750 Von Karman Avenue
Newport Beach, CA 92660

Ctuit Inc
12303 Technology Blvd Suite 930D
Austin, TX 78727


Custom Business Solutions Inc
12 Morgan
Irvine, CA 92618


David Milton
31682 Fairview Road
Laguna Beach, CA 92651


De Novo Legal PC
2055 Corte Del Nogal
Carlsbad, CA 92011


Doug Cavanaugh
CO Rubys Diner Inc
4100 MacArthur Blvd Suite 310
Newport Beach, CA 92660


Federal Express
PO Box 7221
Pasadena, CA 91109-7321


First Insurance Funding Corp
PO Box 7000
Carol Stream, IL 60197-7000

Fishbowl Inc
PO Box 740513
Atlanta, GA 30374-0513


Heather Miller
6700 Warner Avenue 11F
Huntington Beach, CA 92647


HMWC CPAs and Business Adv Inc
17501 East 17th Street Suite 100
Tustin, CA 92780


Jackson Tidus A Law Corporation
2030 Main Street Suite 1200
Irvine, CA 92614


James Scott Elliott
12 Birchwood
Irvine, CA 92618


Jeffrey M Verdon Law Group LLP
1201 Dove Street Suite 400
Newport Beach, CA 92660


Joseph and Cohen Professional Corp
1855 Market Street
San Francisco, CA 94103

Kellyn Kawaguchi
342 Floral View
Irvine, CA 92618


Kohut and Kohut LLP
5747 Trailwood Drive
Santa Rosa, CA 95404


Kono Enterprises LLC
30141 Hillside Terrace
San Juan Capistrano, CA 92675


Logmein Inc
320 Summer St
Boston, MA 02210


McConnell Dunning and Barwick LLP
9960 Research Drive Suite 100
Irvine, CA 92618-4322


Meghan Rowland
3710 Wasatch Drive
Corona, CA 92881


Miguel Berumen
CO Rubys Diner Inc
201 Shipyard Way Suite E
Newport Beach, CA 92663

Nicholas O Profeta
CO Rubys Diner Inc
4100 MacArthur Blvd Suite 310
Newport Beach, CA 92660


Outfront Media Inc
PO Box 33074
Newark, NJ 07188-0074


Robert J Galle
19411 Foxdale Circle
Huntington Beach, CA 92648


Ronald Surak
24216 Grayston Drive
Lake Forest, CA 92630


Rubys Pasadena Ltd
Rubys Diner Whittier
10109 Whittwood Lane
Whittier, CA 90603


Shared Insight Inc
1501 N Sepulveda Blvd Suite E and F
Manhattan Beach, CA 90266


Spendifference LLC
2000 Clay Street Suite 300
Denver, CO 80211

Stacy Griffis
1913 West Adams Street
Santa Ana, CA 92704


Steven L Craig
1 Oceancrest
Newport Coast, CA 92657


The Ruby Dooby Foundation
4100 MacArthur Blvd Suite 310
Newport Beach, CA 92660


TPX Communications
PO Box 509013
San Diego, CA 92150-9013


Union Bank
PO Box 650349
Dallas, TX 75265-0349


UPS Inc
PO Box 894820
Los Angeles, CA 90189


US Foods La Mirada
15155 Northam Street
La Mirada, CA 90638

Nextday Delivery Service LLC
PO Box 61002
Anaheim, CA 92803


Opus Bank
19900 MacArthur Blvd 12th Floor
Irvine, CA 92615


Verizon Wireless LA
PO Box 660108
Dallas, TX 75266


Corfield Feld LLP
30320 Rancho Viejo Road Suite 101
San Juan Capistrano, CA 92675


Gray Plant Mooty Mooty and Bennett
500 IDS Center
80 South 8th St
Minneapolis, MN 55402


Mark Lyso
50 Via Armilla
San Clemente, CA 92673


Sonia Yai Long
14 Broadleaf
Irvine, CA 92612

White Nelson Diehl Evans LLP
2875 Michelle Drive Suite 300
Irvine, CA 92606


Sara Lopes
1375 W Valencia Dr Apt 1
Fullerton, CA 92833


Annie Maag
2800 W Segerstrom Ave Unit H
Santa Ana, CA 92704


Meissner Bolte
PO Box 860624
Munich 80538, Germany