Fill in this information to identify the case and this filing:

Debtor Name  Ruby's Franchise Systems, Inc.

United States Bankruptcy Court for the:  Central    District of  CA
                                                      (State)

Case number (if known):    8:18-bk-13324-CB

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/04/2018          ✗ _____
             MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                      Tad Belshe
                                      Printed name

                                      Secretary
                                      Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name ___Ruby's Franchise Systems, Inc.___

United States Bankruptcy Court for the: ___Central___ District of ___CA___
(State)

Case number (If known): ___8:18-bk-13324-CB___

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................

   $ 0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................

   $ 1,834,913.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................

   $ 1,834,913.00

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................

   $ 1,308,444.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................

   $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................

   + $ 1,578,465.10

4. **Total liabilities**...........................................................................................................
   Lines 2 + 3a + 3b

   $ 2,886,909.10

---

| Fill in this information to identify the case: |
|---|

Debtor name _____Ruby's Franchise Systems, Inc._____

United States Bankruptcy Court for the: __Central___ District of __CA___
                                                                      (State)

Case number (If known): ____8:18-bk-013324-CB_____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**   $ 0_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Opus Bank | 5325 / 8401 / 8344 | 5325 / 8401 / 8344 | $ 13,807 |
| 3.2. | | | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**   $ 13,807_____

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit
   7.1. _____   $_____
   7.2. _____   $_____

Debtor  Ruby's Franchise Systems, Inc.                                    Case number _(if known)_  8:18-bk-013324-CB
          Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____  $_____

8.2._____  $_____

9.  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

## Part 3:    Accounts receivable

10.  **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

11.  **Accounts receivable**

11a. 90 days old or less:  0 _____ – _____ = ........➡   $ 0 _____
                                    face amount          doubtful or uncollectible accounts

11b. Over 90 days old:  1,594,799 _____ – 0 _____ = ........➡   $ 1,594,799 _____
                                    face amount          doubtful or uncollectible accounts

12.  **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 1,594,799 _____

---

## Part 4:    Investments          Net A/R is subject to proposed set-offs by affiliates.

13.  **Does the debtor own any investments?**

☐ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $_____

14.2. _____  _____  $_____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1._____  _____%  _____  $_____

15.2._____  _____%  _____  $_____

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____  _____  $_____

16.2._____  _____  $_____

17.  **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ 0 _____

---

Debtor _____  Case number _(if known)_ _____
      Name

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ / _____ / _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ / _____ / _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ / _____ / _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ / _____ / _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

                                                                                                 $ 0 _____

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** _Examples_: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Debtor    Ruby's Franchise Systems, Inc.                                    Case number *(if known)*    8:18-bk-013324-CB
          Name

33. **Total of Part 6.**                                                              $ 0
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Desk / Computer | $ 447 | Depreciation | $ 447 |
| 40. **Office fixtures** Reflects book value; Debtor has four old computer and some office supplies. | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**                                                              $ 447
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

Debtor    Ruby's Franchise Systems, Inc.    Case number (if known)    8:18-bk-013324-CB
_____    _____    _____
Name

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | | $_____ |
| 48.2_____ | $_____ | | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1_____ | $_____ | | $_____ |
| 49.2_____ | $_____ | | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0
_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Ruby's Franchise Systems, Inc.    Case number (if known)    8:18-bk-013324-CB
          Name

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>License agreement to use IP owned by RDI, Inc. | $_____ | _____ | $ Unknown |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>All IP owned by RDI, Inc. | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>Net Royalty Discount Asset | $ 225,860 | | $ 225,860 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 225,860

---

Debtor    Ruby's Franchise Systems, Inc.    Case number (if known) 8:18-bk-013324-CB
       Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor)<br>_____    _____ − _____ = ➡ | $ _____ |
| | Total face amount    doubtful or uncollectible amount | |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $ _____ |
| _____ | Tax year _____ | $ _____ |
| _____ | Tax year _____ | $ _____ |

73. **Interests in insurance policies or annuities**

_____    $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $ _____

Nature of claim    _____

Amount requested    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $ _____

Nature of claim    _____

Amount requested    $ _____

76. **Trusts, equitable or future interests in property**

_____    $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $ _____

_____    $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0 _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  Ruby's Franchise Systems, Inc.                                    8:18-bk-013324-CB
        Name                                                    Case number (if known)

| **Part 12:** | **Summary** |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 13,807 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 1,594,799 | |
| 83. **Investments.** Copy line 17, Part 4. | $ | |
| 84. **Inventory.** Copy line 23, Part 5. | $ | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 447 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ | |
| 88. **Real property.** Copy line 56, Part 9. ............................➔ | | $ |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 225,860 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column...........................91a. | $ 1,834,880 | + 91b. $ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................. | | $ 1,834,880 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | Ruby's Franchise Systems, Inc. |
| United States Bankruptcy Court for the: | Central    District of    CA |
| | (State) |
| Case number (If known): | 8:18-bk-013324-CB |

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

### 2.1

**Creditor's name**
Opus Bank "Whaler's"

**Creditor's mailing address**
19900 MacArthur Blvd., 12th Floor
Irvine, CA  92612

**Creditor's email address, if known**

**Date debt was incurred**  5/21/14
**Last 4 digits of account number**  0 3 6 2

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
inventory, chattel, accounts, equipment, intangibles    $ 308,444    $ _____

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

### 2.2

**Creditor's name**
Opus Bank

**Creditor's mailing address**
19900 MacArthur Blvd., 12th Floor
Irvine, CA  92612

**Creditor's email address, if known**

**Date debt was incurred**  5/21/14
**Last 4 digits of account number**  0 3 6 2

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
royalties    $ 1,000,000    $ _____

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 1,308,444

Debtor _____    Case number _(if known)_ _8:18-bk-013324-CB_
  Ruby's Franchise Systems, Inc.
       Name

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__**  Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred    _____
Last 4 digits of account
number                     ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____    $_____    $_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__**  Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred    _____
Last 4 digits of account
number                     ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____    $_____    $_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   Ruby's Franchise Systems, Inc.
_____
        Name

Case number (if known) 8:18-bk-013324-CB

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Ruby's Franchise Systems, Inc. |
| United States Bankruptcy Court for the: | Central    District of    CA |
| | (State) |
| Case number (If known) | 8:18-bk-013324-CB |

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.2** | Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.3** | Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |

Debtor    Ruby's Franchise Systems, Inc.    Case number *(if known)* 8:18-bk-13324-CB
    Name

| Part 1. | Additional Page |

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.__** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____    $_____

---

**2.__** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____    $_____

---

**2.__** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____    $_____

---

**2.__** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____    $_____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Rubio's Franchise Systems, Inc. | Case number (if known) 8:18-bk-13324-CB |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
AFP Saddington LLP, Attn: Hugh Saddington

18201 Von Karman Avenue, Suite 450

Irvine, CA 92612

**Date or dates debt was incurred** 2016-2017

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

$ 14,471.00

---

**3.2**

**Nonpriority creditor's name and mailing address**
Bryan Cave LLP, Attn: Bryan Cave

PO Box 503089

ST. Luis, MO 63150-3089

**Date or dates debt was incurred** 2016-2017

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

$ 137,358.16

---

**3.3**

**Nonpriority creditor's name and mailing address**
Buckingham Consulting USA, LLC, Attn: John W. Spotts

421 West Melrose Street #21BC

Chicago, IL 60657

**Date or dates debt was incurred** 2017

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

$ 6,000.00

---

**3.4**

**Nonpriority creditor's name and mailing address**
Croudace & Dietrich LLP, Attn: Virginia Croudace

4750 Von Karman Avenue

Newport Beach, CA 92660

**Date or dates debt was incurred** 2018

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

$ 6,371.66

---

**3.5**

**Nonpriority creditor's name and mailing address**
Cavco Restaurant Serv., Attn: Douglas S. Cavanaugh

4100 MacArthur Blvd., Suite 310

Newport Beach, CA 92660

**Date or dates debt was incurred** 2017-2018

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

$ 361,914.82

---

**3.6**

**Nonpriority creditor's name and mailing address**
Gray, Plant, Mooty, Mooty & Bennett, PA, Attn: Ryan Palm

500 IDS Center, 80 South 8th Street

Minneapolis, MN 55402

**Date or dates debt was incurred** 2017

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

$ 9,843.00

---

Debtor | Sobr's Fourth Estate, Inc. | Case number (if known) 8:18-bk-13324-CB
--- | --- | ---
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

**3.___** **Nonpriority creditor's name and mailing address**

Jackson Tidus, A Law Corp, Attn: Ron Kohut

2030 Main Street, Suite 1200

Irvine, CA  92614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 5,177.50

Date or dates debt was incurred       2018

Last 4 digits of account number    ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.___** **Nonpriority creditor's name and mailing address**

Jeffrey M. Verdon Law Group, LLP, Attn: Jeffrey Verdon

1201 Dove Street, Suite 400

Newport Beach, CA  92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,200.00

Date or dates debt was incurred       2018

Last 4 digits of account number    ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.___** **Nonpriority creditor's name and mailing address**

McConnell, Dunning & Barwick, LLP, Attn: Curt Barwick

9960 Research Drive, Suite 100

Irvine, CA  92618-4322

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,200.00

Date or dates debt was incurred       2017

Last 4 digits of account number    ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.___** **Nonpriority creditor's name and mailing address**

Meissner Bolte, Attn: Dr. Henric Bolte

PO Box 860624

Munich, Germany 80538

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,435.00

Date or dates debt was incurred       2018

Last 4 digits of account number    ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.___** **Nonpriority creditor's name and mailing address**

Outfront Media, Inc. dba Outfront Media, LLC

PO Box 33074

Newark, NJ  07188-0074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 750.00

Date or dates debt was incurred       2017

Last 4 digits of account number    ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor | | |
|---|---|---|
| | Name | Case number (if known) |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.___** **Nonpriority creditor's name and mailing address**

Robert J. Galle

19411 Foxdale Circle

Huntington Beach, CA  92648

**Date or dates debt was incurred** 2017

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,067.19

---

**3.___** **Nonpriority creditor's name and mailing address**

Shared Insight, Inc., Attn: Sue Day

1501 N. Sepulveda Blvd., Suite E & F

Manhattan Beach, CA  90266

**Date or dates debt was incurred** 2018

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 676.77

---

**3.___** **Nonpriority creditor's name and mailing address**

Steven Craig

4100 MacArthur Blvd., Suite 100

Newport Beach, CA  92660

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,000,000.00

---

**3.___** **Nonpriority creditor's name and mailing address**

White Nelson Diehl Evans LLP, Attn: Traci T. Tran

2875 Michelle Drive, Suite 300

Irvine, CA  92606

**Date or dates debt was incurred** 2017

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,000.00

---

**3.___** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

Debtor _____   Case number (if known) 8:18-bk-13324-CB
       Ruby's Franchise Systems, Inc.
       Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____    Case number _(if known)_ 8:18-bk-13324-CB
        Naboy's Franchise Systems, Inc.
        Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.___ _____
      _____    Line _____
      _____    ☐ Not listed. Explain _____    ___ ___ ___ ___

4.___ _____
      _____    Line _____
      _____    ☐ Not listed. Explain _____    ___ ___ ___ ___

4.___ _____
      _____    Line _____
      _____    ☐ Not listed. Explain _____    ___ ___ ___ ___

4.___ _____
      _____    Line _____
      _____    ☐ Not listed. Explain _____    ___ ___ ___ ___

4.___ _____
      _____    Line _____
      _____    ☐ Not listed. Explain _____    ___ ___ ___ ___

4.___ _____
      _____    Line _____
      _____    ☐ Not listed. Explain _____    ___ ___ ___ ___

4.___ _____
      _____    Line _____
      _____    ☐ Not listed. Explain _____    ___ ___ ___ ___

4.___ _____
      _____    Line _____
      _____    ☐ Not listed. Explain _____    ___ ___ ___ ___

4.___ _____
      _____    Line _____
      _____    ☐ Not listed. Explain _____    ___ ___ ___ ___

4.___ _____
      _____    Line _____
      _____    ☐ Not listed. Explain _____    ___ ___ ___ ___

4.___ _____
      _____    Line _____
      _____    ☐ Not listed. Explain _____    ___ ___ ___ ___

4.___ _____
      _____    Line _____
      _____    ☐ Not listed. Explain _____    ___ ___ ___ ___

4.___ _____
      _____    Line _____
      _____    ☐ Not listed. Explain _____    ___ ___ ___ ___

4.___ _____
      _____    Line _____
      _____    ☐ Not listed. Explain _____    ___ ___ ___ ___

Debtor     Ruby's Franchise Systems Inc.                    Case number (if known)    8:18-bk-13324-CB
           Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|--------------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. |  | $ |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 1,578,465.10 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. |  | $ 1,578,465.10 |

**Fill in this information to identify the case:**

Debtor name _____Ruby's Franchise Systems, Inc._____

United States Bankruptcy Court for the: __Central__   District of __CA__
(State)

Case number (If known): ____8:18-bk-013324-CB____   Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Corporate Office Lease | Craig Realty Group-MacArthur, LLC |
| | | | 4100 MacArthur Blvd., Suite 100 |
| | State the term remaining | 2 years, 3 months | Newport Beach, CA  92660 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Licensing Agreement for intellectual property | Ruby's Diner, Inc. |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Ruby's Franchise Systems, Inc. | Case number (if known) | 8:18-bk-013324-CB |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name ___Ruby's Franchise Systems, Inc.___

United States Bankruptcy Court for the: ___Central___ District of ___CA___
                                                                (State)

Case number (If known): ___8:18-bk-013324-CB___

☐ Check if this is an
   amended filing

## Official Form 206H

## Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor    Ruby's Franchise Systems, Inc.

Name

Case number *(if known)*   8:18-bk-013324-CB

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.___ _____ | Street _____ _____ City ____ State ____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.___ _____ | Street _____ _____ City ____ State ____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.___ _____ | Street _____ _____ City ____ State ____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.___ _____ | Street _____ _____ City ____ State ____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.___ _____ | Street _____ _____ City ____ State ____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.___ _____ | Street _____ _____ City ____ State ____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.___ _____ | Street _____ _____ City ____ State ____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.___ _____ | Street _____ _____ City ____ State ____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name    Ruby's Franchise Systems, Inc.

United States Bankruptcy Court for the:    Central    District of   CA
                                                 (State)

Case number (If known):    8:18-bk-013324-CB

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write **the debtor's** name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2018 <br> MM / DD / YYYY | to   Filing date | ☑ Operating a business <br> ☐ Other _____ | $ 1,788,886 |
| **For prior year:** | From 01/02/2017 <br> MM / DD / YYYY | to 12/31/2017 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | $ 2,598,241 |
| **For the year before that:** | From 12/28/2015 <br> MM / DD / YYYY | to 01/01/2017 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | $ 2,048.286 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ <br> MM / DD / YYYY | to   Filing date | _____ | $_____ |
| **For prior year:** | From _____ <br> MM / DD / YYYY | to _____ <br> MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ <br> MM / DD / YYYY | to _____ <br> MM / DD / YYYY | _____ | $_____ |

| Debtor | Ruby's Franchise Systems, Inc. | Case number (*if known*) | 8:18-bk-013324-CB |
|--------|-------------------------------|--------------------------|-------------------|
|        | Name                          |                          |                   |

---

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

**See Attachment #3.**

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ Creditor's name _____ Street _____ City          State          ZIP Code | _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| 3.2. | _____ Creditor's name _____ Street _____ City          State          ZIP Code | _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

**See Attachment #4.**

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ Insider's name _____ Street _____ City          State          ZIP Code | _____ _____ _____ | $_____ | _____ _____ |
| | Relationship to debtor _____ | | | |
| 4.2. | _____ Insider's name _____ Street _____ City          State          ZIP Code | _____ _____ _____ | $_____ | _____ _____ |
| | Relationship to debtor _____ | | | |

---

Debtor    Ruby's Franchise Systems, Inc.
_____
          Name

Case number (*if known*)  **8:18-bk-013324-CB**

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | _____ | _____ | $_____ |
| Street | _____ | | |
| | _____ | | |
| City          State     ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | _____ | _____ | $_____ |
| Street | _____ | | |
| | _____ | | |
| City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment **at the debtor's direction from an acc**ount of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | _____ | _____ | $_____ |
| Street | _____ | | |
| | | | |
| City          State     ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____ | _____ | _____ | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| _____ | | _____ | |
| | | City          State     ZIP Code | |
| Case title | | Court or agency's name and address | |
| 7.2. _____ | _____ | _____ | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| _____ | | _____ | |
| | | City          State     ZIP Code | |

Debtor    Ruby's Franchise Systems, Inc.           Case number *(if known)*  8:18-bk-013324-CB
        Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | _____ | Name |
| | Case number | Street |
| City      State    ZIP Code | _____ | |
| | Date of order or assignment | City     State     ZIP Code |
| | _____ | |

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. | | | $_____ |
| Recipient's name | | | |
| Street | | | |
| City      State    ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| | | | |
| 9.2. | | | $_____ |
| Recipient's name | | | |
| Street | | | |
| City      State    ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets — Real and Personal Property*). | | |
| | | _____ | $_____ |

| Debtor | Ruby's Franchise Systems, Inc. | Case number (if known) | 8:18-bk-013324-CB |
|---|---|---|---|
| | Name | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Theodora Oringher PC | | 08/07/2018 | $ 10,000.00 |
| | **Address** | | | |
| | 535 Anton Boulevard, Ninth Floor | | | |
| | Street | | | |
| | Costa Mesa        CA    92626 | | | |
| | City          State      ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City          State      ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $_____ |
| | **Trustee** | | | |
| | | | | |

| Debtor | Ruby's Franchise Systems, Inc. | Case number *(if known)* | 8:18-bk-013324-CB |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | **557 Wald** | From | 06/20/2009 | To | 06/20/2016 |
| | Street | | | |
| | **Irvine**          **CA**          **92618** | | | |
| | City          State     ZIP Code | | | |
| 14.2. | **201 Shipyard, Suite E** | From | 06/20/2016 | To | 12/31/2017 |
| | Street | | | |
| | **Newport Beach**          **CA**          **92663** | | | |
| | City          State     ZIP Code | | | |

Debtor    Ruby's Franchise Systems, Inc.
_____    Case number (if known) __8:18-bk-013324-CB__
         Name

| **Part 8:** | **Health Care Bankruptcies** |
| --- | --- |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of **patients in debtor's** care |
| --- | --- | --- |
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City          State          ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of **patients in debtor's care** |
| --- | --- | --- |
| 15.2. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City          State          ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

| Debtor | Ruby's Franchise Systems, Inc. | Case number *(if known)* | 8:18-bk-013324-CB |
|---|---|---|---|
| | Name | | |

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor    Ruby's Franchise Systems, Inc.
_____    Case number *(if known)*  8:18-bk-013324-CB
Name

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ Name | _____ | _____ | |
| _____ Street | _____ | _____ | |
| _____ | | | |
| City          State          ZIP Code | | | |

---

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| Case number | _____ Name | _____ | ☐ On appeal |
| _____ | _____ Street | _____ | ☐ Concluded |
| | _____ City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ City          State          ZIP Code | _____ City          State          ZIP Code | _____ | |

---

| Debtor | Ruby's Franchise Systems, Inc. | Case number (*if known*) | 8:18-bk-013324-CB |
|---|---|---|---|
| | Name | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number | |
|---|---|---|---|---|
| | | | Do not include Social Security number or ITIN. | |
| 25.1. | Ruby's Diner, Inc. | Restaurant Management | EIN: 3 3 _ 0 0 9 8 1 4 3 | |
| | Name | | Dates business existed | |
| | 4100 MacArthur Blvd, Suite 3 | | | |
| | Street | | | |
| | | | From 1991    To Preser | |
| | Newport Beach  CA    92660 | | | |
| | City          State          ZIP Code | | | |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number | |
| | | | Do not include Social Security number or ITIN. | |
| | | | EIN: ___ – ___ ___ ___ ___ ___ ___ | |
| | Name | | Dates business existed | |
| | Street | | | |
| | | | From _____    To _____ | |
| | City          State          ZIP Code | | | |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number | |
| | | | Do not include Social Security number or ITIN. | |
| | | | EIN: ___ – ___ ___ ___ ___ ___ ___ | |
| | Name | | Dates business existed | |
| | Street | | | |
| | | | From _____    To _____ | |
| | City          State          ZIP Code | | | |

| Debtor | Ruby's Franchise Systems, Inc. | Case number (*if known*) | 8:18-bk-013324-CB |
|---|---|---|---|
| | Name | | |

---

### 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Dates of service |
|---|---|---|
| **26a.1.** | **HMWC** <br> Name <br> **17501 East 17th Street, Suite 100** <br> Street <br> <br> **Tustin**          **CA**          **92780** <br> City          State          ZIP Code | From  approx **2013**   To  **Present** |

| Name and address | | Dates of service |
|---|---|---|
| **26a.2.** | <br> Name <br> <br> Street <br> <br> City          State          ZIP Code | From _____   To _____ |

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Dates of service |
|---|---|---|
| **26b.1.** | <br> Name <br> <br> Street <br> <br> City          State          ZIP Code | From _____   To _____ |

| Name and address | | Dates of service |
|---|---|---|
| **26b.2.** | <br> Name <br> <br> Street <br> <br> City          State          ZIP Code | From _____   To _____ |

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| **26c.1.** | **HMWC** <br> Name <br> **17501 East 17th Street, Suite 100** <br> Street <br> <br> **Tustin**          **CA**          **92780** <br> City          State          ZIP Code | _____ <br> _____ <br> _____ |

---

| Debtor | Ruby's Franchise Systems, Inc. | Case number (if known) | 8:18-bk-013324-CB |
|---|---|---|---|
| | Name | | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.
**Tad Belshe**
Name
**4100 MacArthur Blvd.**
Street

_____
_____
_____

| **Newport Beach** | **CA** | **92660** |
|---|---|---|
| City | State | ZIP Code |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.
**Opus Bank**
Name
**19900 MacArthur Blvd., 12th Floor**
Street

| **Irvine** | **CA** | **92612** |
|---|---|---|
| City | State | ZIP Code |

| Name and address |
|---|

26d.2.
_____
Name
_____
Street
_____

| | | |
|---|---|---|
| City | State | ZIP Code |

27. **Inventories**

**Have any inventories of the debtor's property been taken within 2 years before filing this case?**

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.
_____
Name
_____
Street
_____

| | | |
|---|---|---|
| City | State | ZIP Code |

| Debtor | Ruby's Franchise Systems, Inc. | Case number (*if known*) | 8:18-bk-013324-CB |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Doug Cavanaugh | 4100 MacArthur Blvd, Ste 300, Newport Beach | Shareholder/President | 60 |
| Ralph Kosmides | 4100 MacArthur Blvd, Ste 300, Newport Beach | Shareholder | 40 |
| Tad Belshe | 4100 MacArthur Blvd, Ste 300, Newport Beach | Secretary | 0 |
| | | | |
| | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.    **See Attachment #30.**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name _____ | _____ | _____ | _____ |
| Street _____ | | _____ | |
| _____ | | _____ | |
| City _____ State _____ ZIP Code _____ | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor    Ruby's Franchise Systems, Inc.                          Case number (if known)    8:18-bk-013324-CB
_____            _____
         Name

Name and address of recipient                    _____  _____  _____

30.2
        Name
        _____          _____

        Street
        _____          _____

        _____          _____

        City                    State      ZIP Code        _____

        Relationship to debtor                            _____

        _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/04/2018
               MM / DD / YYYY

✗ _____        Printed name    Tad Belshe    _____
Signature of individual signing on behalf of the debtor

                    Secretary
Position or relationship to debtor    _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
☐ Yes

**SOFA #3**

| RFS | | | | pd amt > 6425.00 |
|---|---|---|---|---|
| 352180 | 6/13/2018 | $ | 6,940.01 | AETNA LIFE INSURANCE COMPANY |
| 352211 | 7/18/2018 | $ | 6,940.01 | AETNA LIFE INSURANCE COMPANY |
| 352229 | 8/1/2018 | $ | 6,940.01 | AETNA LIFE INSURANCE COMPANY |
| | | $ | 20,820.03 | |
| 352174 | 6/6/2018 | $ | 2,652.26 | CALIFORNIA RESTAURANT MUTUAL BENEFIT CORP |
| 352186 | 6/20/2018 | $ | 945.55 | CALIFORNIA RESTAURANT MUTUAL BENEFIT CORP |
| 352208 | 7/11/2018 | $ | 2,652.26 | CALIFORNIA RESTAURANT MUTUAL BENEFIT CORP |
| 352220 | 7/25/2018 | $ | 945.55 | CALIFORNIA RESTAURANT MUTUAL BENEFIT CORP |
| 352232 | 8/1/2018 | $ | 2,652.26 | CALIFORNIA RESTAURANT MUTUAL BENEFIT CORP |
| | | $ | 9,847.88 | |
| 352196 | 6/27/2018 | $ | 10,000.00 | CRAIG REALTY GROUP - MACARTHUR, LLC |
| 352225 | 7/25/2018 | $ | 10,000.00 | CRAIG REALTY GROUP - MACARTHUR, LLC |
| 352259 | 8/29/2018 | $ | 10,000.00 | CRAIG REALTY GROUP - MACARTHUR, LLC |
| | | $ | 30,000.00 | |
| 352175 | 6/6/2018 | $ | 5,413.56 | FIRST INSURANCE FUNDING CORP OF CALIFORNIA |
| 352209 | 7/11/2018 | $ | 5,413.56 | FIRST INSURANCE FUNDING CORP OF CALIFORNIA |
| | | $ | 10,827.12 | |
| 352214 | 7/18/2018 | $ | 2,640.00 | HMWC CPAS & BUSINESS ADV INC |
| 352223 | 7/25/2018 | $ | 3,267.00 | HMWC CPAS & BUSINESS ADV INC |
| 352246 | 8/15/2018 | $ | 2,555.00 | HMWC CPAS & BUSINESS ADV INC |
| | | $ | 8,462.00 | |
| 352182 | 6/13/2018 | $ | 1,800.00 | JAMES SCOTT ELLIOTT |
| 352185 | 6/20/2018 | $ | 1,150.00 | JAMES SCOTT ELLIOTT |
| 352191 | 6/27/2018 | $ | 1,200.00 | JAMES SCOTT ELLIOTT |
| 352203 | 7/3/2018 | $ | 1,200.00 | JAMES SCOTT ELLIOTT |
| 352207 | 7/11/2018 | $ | 750.00 | JAMES SCOTT ELLIOTT |
| 352213 | 7/18/2018 | $ | 1,150.00 | JAMES SCOTT ELLIOTT |
| 352219 | 7/25/2018 | $ | 1,000.00 | JAMES SCOTT ELLIOTT |
| 352231 | 8/1/2018 | $ | 1,150.00 | JAMES SCOTT ELLIOTT |
| 352239 | 8/8/2018 | $ | 1,050.00 | JAMES SCOTT ELLIOTT |
| 352243 | 8/15/2018 | $ | 1,100.00 | JAMES SCOTT ELLIOTT |
| 352249 | 8/22/2018 | $ | 900.00 | JAMES SCOTT ELLIOTT |
| 352254 | 8/29/2018 | $ | 900.00 | JAMES SCOTT ELLIOTT |
| | | $ | 13,350.00 | |

**SOFA #3**

| RFS | | | | pd amt > 6425.00 |
|---|---|---|---|---|
| 352193 | 6/27/2018 | $ | 7,039.92 | KONO ENTERPRISES LLC |
| 352245 | 8/15/2018 | $ | 789.92 | KONO ENTERPRISES LLC |
| 352255 | 8/29/2018 | $ | 789.92 | KONO ENTERPRISES LLC |
| | | $ | 8,619.76 | |
| | | | | |
| 352187 | 6/20/2018 | $ | 8,663.31 | OPUS BANK |
| 352222 | 7/25/2018 | $ | 8,663.31 | OPUS BANK |
| 352257 | 8/29/2018 | $ | 8,663.31 | OPUS BANK |
| | | $ | 25,989.93 | |
| | | | | |
| 352179 | 6/6/2018 | $ | 450.00 | RONALD SURAK |
| 352183 | 6/13/2018 | $ | 630.00 | RONALD SURAK |
| 352188 | 6/20/2018 | $ | 540.00 | RONALD SURAK |
| 352198 | 6/27/2018 | $ | 450.00 | RONALD SURAK |
| 352205 | 7/3/2018 | $ | 630.00 | RONALD SURAK |
| 352210 | 7/11/2018 | $ | 360.00 | RONALD SURAK |
| 352217 | 7/18/2018 | $ | 450.00 | RONALD SURAK |
| 352227 | 7/25/2018 | $ | 540.00 | RONALD SURAK |
| 352236 | 8/1/2018 | $ | 630.00 | RONALD SURAK |
| 352241 | 8/8/2018 | $ | 450.00 | RONALD SURAK |
| 352247 | 8/15/2018 | $ | 450.00 | RONALD SURAK |
| 352251 | 8/22/2018 | $ | 630.00 | RONALD SURAK |
| 352263 | 8/29/2018 | $ | 540.00 | RONALD SURAK |
| | | $ | 6,750.00 | |
| | | | | |
| 352195 | 6/27/2018 | $ | 3,000.00 | SPENDIFFERENCE, LLC |
| 352199 | 6/27/2018 | $ | 3,000.00 | SPENDIFFERENCE, LLC |
| 352200 | 6/27/2018 | $ | 3,000.00 | SPENDIFFERENCE, LLC |
| 352201 | 6/27/2018 | $ | 3,000.00 | SPENDIFFERENCE, LLC |
| 352215 | 7/18/2018 | $ | 3,000.00 | SPENDIFFERENCE, LLC |
| | | $ | 15,000.00 | |
| | | | | |
| 352194 | 6/27/2018 | $ | 6,165.61 | STEVEN L CRAIG |
| 352221 | 7/25/2018 | $ | 6,371.13 | STEVEN L CRAIG |
| 352256 | 8/29/2018 | $ | 6,371.13 | STEVEN L CRAIG |
| | | $ | 18,907.87 | |
| | | | | |
| WIRED | 8/7/2018 | $ | 10,000.00 | THEODORA ORINGHER PC |
| | | $ | 10,000.00 | |

**SOFA #4.**

| | | | | | |
|---|---|---|---|---|---|
| 351930 | 10/25/2017 | $ | 6,250.00 | KONO ENTERPRISES LLC | consulting |
| 351938 | 10/25/2017 | $ | 789.92 | KONO ENTERPRISES LLC | Promissory note and int |
| 351963 | 11/21/2017 | $ | 7,039.92 | KONO ENTERPRISES LLC | 6250.00 consulting & 789.92 Promissory not and int |
| 351995 | 12/20/2017 | $ | 7,039.92 | KONO ENTERPRISES LLC | 6250.00 consulting & 789.92 Promissory not and int |
| 352032 | 1/24/2018 | $ | 7,039.92 | KONO ENTERPRISES LLC | 6250.00 consulting & 789.92 Promissory not and int |
| 352069 | 2/28/2018 | $ | 7,039.92 | KONO ENTERPRISES LLC | 6250.00 consulting & 789.92 Promissory not and int |
| 352105 | 3/27/2018 | $ | 7,039.92 | KONO ENTERPRISES LLC | 6250.00 consulting & 789.92 Promissory not and int |
| 352126 | 4/18/2018 | $ | 7,039.92 | KONO ENTERPRISES LLC | 6250.00 consulting & 789.92 Promissory not and int |
| 352159 | 5/23/2018 | $ | 7,039.92 | KONO ENTERPRISES LLC | 6250.00 consulting & 789.92 Promissory not and int |
| 352193 | 6/27/2018 | $ | 7,039.92 | KONO ENTERPRISES LLC | 6250.00 consulting & 789.92 Promissory not and int |
| 352245 | 8/15/2018 | $ | 789.92 | KONO ENTERPRISES LLC | Promissory note and int |
| 352255 | 8/29/2018 | $ | 789.92 | KONO ENTERPRISES LLC | Promissory note and int |
| | | $ | 64,939.12 | | |

Note: Kono Enterprises LLC is owned or controlled by Ralph Kosmides .

**SOFA #30**

**RFS**

| Check | Date | | Amount | Payee | Description |
|---|---|---|---|---|---|
| 351990 | 12/20/2017 | $ | 53.31 | DOUG CAVANAUGH | Expense report |
| 352066 | 2/28/2018 | $ | 50.00 | DOUG CAVANAUGH | Expense report |
| 352176 | 6/6/2018 | $ | 1,470.00 | DOUGLAS S CAVANAUGH | consulting |
| wired | 3/8/2018 | $ | 2,000.00 | DOUGLAS S CAVANAUGH | consulting |
| | | $ | 3,573.31 | | |
| 351930 | 10/25/2017 | $ | 6,250.00 | KONO ENTERPRISES LLC | consulting |
| 351938 | 10/25/2017 | $ | 789.92 | KONO ENTERPRISES LLC | Promissory note and int |
| 351963 | 11/21/2017 | $ | 7,039.92 | KONO ENTERPRISES LLC | 6250.00 consulting & 789.92 Promissory not and int |
| 351995 | 12/20/2017 | $ | 7,039.92 | KONO ENTERPRISES LLC | 6250.00 consulting & 789.92 Promissory not and int |
| 352032 | 1/24/2018 | $ | 7,039.92 | KONO ENTERPRISES LLC | 6250.00 consulting & 789.92 Promissory not and int |
| 352069 | 2/28/2018 | $ | 7,039.92 | KONO ENTERPRISES LLC | 6250.00 consulting & 789.92 Promissory not and int |
| 352105 | 3/27/2018 | $ | 7,039.92 | KONO ENTERPRISES LLC | 6250.00 consulting & 789.92 Promissory not and int |
| 352126 | 4/18/2018 | $ | 7,039.92 | KONO ENTERPRISES LLC | 6250.00 consulting & 789.92 Promissory not and int |
| 352159 | 5/23/2018 | $ | 7,039.92 | KONO ENTERPRISES LLC | 6250.00 consulting & 789.92 Promissory not and int |
| 352193 | 6/27/2018 | $ | 7,039.92 | KONO ENTERPRISES LLC | 6250.00 consulting & 789.92 Promissory not and int |
| 352245 | 8/15/2018 | $ | 789.92 | KONO ENTERPRISES LLC | Promissory note and int |
| 352255 | 8/29/2018 | $ | 789.92 | KONO ENTERPRISES LLC | Promissory note and int |
| | | $ | 64,939.12 | | |
| 352008 | 1/3/2018 | $ | 43.05 | TAD BELSHE | expense report |
| 352022 | 1/17/2018 | $ | 37.40 | TAD BELSHE | expense report |
| | | $ | 80.45 | | |

Note: Kono Enterprises LLC is owned or controlled by Ralph Kosmides .