Eric J. Fromme, Esq. (State Bar No. 193517)
efromme@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Attorneys for RUBY'S FRANCHISE SYSTEMS, INC., Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>RUBY'S FRANCHISE SYSTEMS, INC., a California corporation,[1]<br><br>    Debtor and<br>    Debtor-in-Possession | Case No. 8:18-bk-13324-CB<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTOR'S MOTION FOR ORDER (A) EXTENDING THE TIME PERIODS DURING WHICH THE DEBTORS HAVE THE EXCLUSIVE RIGHT TO FILE A PLAN AND TO SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121(D) OF THE BANKRUPTCY CODE; AND (B) GRANTING RELIEF FROM DEADLINE TO FILE A PLAN [RELATES TO DOCKET NO. 99]**<br><br>**Hearing Date**:<br>DATE:    February 27, 2019<br>TIME:    10:00 a.m.<br>PLACE:   411 W. Fourth Street<br>              Santa Ana, CA  92701 |

---

[1] The last four digits of the Debtor's federal tax identification number is 8101.

1154034.1/81621.08002

1

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE 20 LARGEST UNSECURED CREDITORS, SECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that on February 27, 2019, at 10:00 a.m., a hearing will take place before the Honorable Catherine E. Bauer, in Courtroom 5D of the United States Bankruptcy Court located at 411 W. Fourth Street, Santa Ana, California, 9201, on the Debtor's Motion for Order (A) Extending the Time Periods During Which the Debtors Have the Exclusive Right to File a Plan and to Solicit Acceptances Thereof Pursuant to Section 1121(D) of the Bankruptcy Code; and (B) Granting Relief From Deadline to File a Plan (the "Motion"), filed on January 3, 2019 as Docket #99.

DATED: January 28, 2019    THEODORA ORINGHER PC

By:    */s/ Eric J. Fromme*
Eric J. Fromme, Attorneys for Ruby's Franchise Systems, Inc.*Debtor and Debtor in Possession*

1154034.1/81621.08002    2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 535 Anton Blvd., 9th Floor, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR ORDER (A) EXTENDING THE TIME PERIODS DURING WHICH THE DEBTORS HAVE THE EXCLUSIVE RIGHT TO FILE A PLAN AND TO SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121(D) OF THE BANKRUPTCY CODE; AND (B) GRANTING RELIEF FROM DEADLINE TO FILE A PLAN [RELATES TO DOCKET NO. 99]**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/28/2019_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 1/28/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 1/28/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.    Hon. Catherine E. Bauer
    US Bankruptcy Court
    Ronald Reagan Federal Building
    5th Floor Bin,
    411 West Fourth Street
    Santa Ana, CA  92701

1154034.1/81621.08002 1152465.1/81621.08002 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                    **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/28/2019 | Loretta Chapman | /s/Loretta Chapman |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1154034.1/81621.08002

4

SERVED BY COURT VIA NOTICE OF ELECTRONIC FILING

Alan J Friedman on behalf of Interested Party Alan Friedman
afriedman@shbllp.com; lgauthier@shbllp.com

Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

David S Kupetz on behalf of Interested Party
dkupetz@sulmeyerlaw.com; dperez@sulmeyerlaw.com
dperez@ecf.inforuptcy.com; dkupetz@ecf.inforuptcy.com

Jessica G McKinlay on behalf of Creditor Opus Bank
mckinlay.jessica@dorsey.com

Matthew S Walker on behalf of Interested Party Pillsbury Winthrop Shaw Pittman LLP
matthew.walker@pillsburylaw.com; candy.kleiner@pillsburylaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

William Lobel on behalf of Interested Party William Lobel
wlobel@pszjlaw.com; nlockwood@pszjlaw.com; jokeefe@pszjlaw.com; banavim@pszjlaw.com

Richard H Golubow on behalf of Interested Party Richard H Golubow
rgolubow@wcghlaw.com,
pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com

1154034.1/81621.08002     5

<u>SERVED BY UNITED STATES MAIL</u>

Kenneth Costello
Bryan Cave LLP
PO Box 503089
St. Louis, MO  63150-3089

Hugh M. Saddington
AFP Saddington LLP
18201 Von Karman Ave., Suite 4500
Irvine, CA  92612-1014

Curt C. Barwick
McConnell, Dunning & Barwick
9960 Research Drive, Suite 100
Irvine, CA  92618-4322

Robert J. Galle
19411 Foxdale Circle
Huntington Beach, CA  92648

Ryan Palmer
Gray Plant Mooty
80 South 8th Street
500 IDS Center
Minneapolis, MN  55402

Virginia Croudace
Croudace & Dietrich LLP
2151 Michelson Drive, Ste. 162
Irvine, CA 92612

Kathryn Weber
Jeffrey M. Verdon Law Group
1201 Dove Street, Suite 400
Newport Beach, CA  92660

John W. Spotts
Buckingham Consulting USA
420 West Melrose Street #21BC
Chicago, IL  60657

1  Tracie Forse
   Jackson Tidus A Law Corp.
2  2030 Main Street, Suite 1200
3  Irvine, CA  92614

4  Traci T. Tran
   White Nelson Diehl Evans LLP
5  2875 Michelle Drive, Suite 300
6  Irvine, CA  92606

7  Heidi Winkelmann
8  Meissner Bolte
   PO Box 860624
9  Munich 80538, Germany

10
   Rossell Cibrian-George
11 Outfront Media, Inc.
   PO Box 33074
12 Neward, NJ  07188-0074

13
   Blake Garcia
14 Shared Insight Inc.
   1501 N. Sepulveda Blvd., Suites E and F
15 Manhattan Beach, CA  90266

16
   Steven L. Craig
17 1 Oceancrest
   Newport Coast, CA 92657
18

19 Hon. Catherine E. Bauer
   US Bankruptcy Court
20 Ronald Reagan Federal Building
21 5th Floor Bin,
   411 West Fourth Street
22 Santa Ana, CA  92701

23

24

25

26

27

28

1154034.1/81621.08002                          7