Eric J. Fromme, SBN 193517
Theodora Oringher PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, CA 92626
Tel: 714-549-6200
Fax: 714-549-6201
efromme@tocounsel.com

Attorneys for Ruby's Franchise Systems, Inc.,
Debtors and Debtors-in-Possession

**FILED & ENTERED**

**MAR 11 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** le         **DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>RUBY'S FRANCHISE SYSTEMS, INC., a California corporation,<br><br>        Debtor and<br>        Debtor-in-Possession | Case No. 8:18-bk-13324-CB<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO (A) EXTEND THE TIME PERIODS DURING WHICH THE DEBTOR HAS THE EXCLUSIVE RIGHT TO FILE A PLAN AND TO SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121(D) OF THE BANKRUPTCY CODE; and (B) GRANT RELIEF FROM DEADLINE TO FILE A PLAN**<br><br>Date:      February 27, 2019<br>Time:     10:00 a.m.<br>Courtroom: 5D<br>Address:  411 West Fourth Street<br>               Santa Ana, CA 92701 |

     A hearing was held on February 27, 2019, at 10:00 a.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth Street, Santa Ana, California, on Debtor's Motion To (A) Extend The Time Periods

During Which The Debtor Has The Exclusive Right To File A Plan And To Solicit Acceptances Thereof Pursuant To Section 1121(D) Of The Bankruptcy Code; and (B) Grant Relief From Deadline To File A Plan filed January 3, 2019 as Docket #99 (the "Motion").

The Court having read and considered the Motion, noted the opposition and reply, heard the statements of counsel and with good cause shown,

**IT IS ORDERED:**

A.  The Motion is granted without prejudice as to the Debtor's ability to seek further extensions of the exclusivity periods;

B.  The Debtor's exclusive period to file a plan is extended through and including April 25, 2019; and

C.  The Debtor's exclusive period for soliciting and obtaining acceptances of such plan is extended through and including June 24, 2019.

###

Date: March 11, 2019

Catherine Bauer
United States Bankruptcy Judge