| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eric J. Fromme, SBN 193517<br>THEODORA ORINGHER PC<br>535 Anton Boulevard, Ninth Floor<br>Costa Mesa, CA 92626<br>Tel: 714-549-6200<br>Fax: 714-549-6201<br>efromme@tocounsel.com<br><br><br>Attorneys for Debtor Ruby's Franchise Systems, Inc. | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re<br><br>RUBY'S FRANCHISE SYSTEMS, INC., a California corporation,[1]<br><br>            Debtor | Case No. 8:18-bk-13324-CB<br><br>CHAPTER: 11<br><br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**<br><br><br>[   ]   **No hearing:  LBR 9013-1(q)**<br>[ X ]   **Hearing Information**<br><br>DATE:            April 3, 2019<br>TIME:            10:00 a.m.<br>COURTROOM:    5D<br>ADDRESS:      411 W. Fourth St.<br>                      Santa Ana, CA 92701 |

---

[1] The last four digits of the Debtor's federal tax identification number is 8101.

**1162418.1/81621.08002**

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

1. <u>Bar Date</u>. The court has set a deadline of **May 15, 2019** (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM AGAINST THE DEBTOR'S ESTATE MUST BE FILED WITH THE COURT CLERK AT:

☐ 255 East Temple Street, Los Angeles, CA 90012    ☒ 411 West Fourth Street, Santa Ana, CA 92701

☐ 21041 Burbank Blvd., Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101

☐ 3420 Twelfth Street, Riverside, CA 92501

**PROOFS OF CLAIM SENT BY FACSIMILE, TELECOPY, OR ELECTRONIC MAIL WILL NOT BE ACCEPTED.**

2. <u>Form</u>. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's website at http://www.cacb.uscourts.gov, or visit the intake area at any division of the Court. For your convenience, enclosed with this Notice as Attachment "A" is a blank proof of claim form.

3. <u>Exceptions to the Bar Date</u>. Exceptions to the Bar Date include, but are not limited to, the following:

   (a)  <u>Executory Contracts/Unexpired Leases</u>. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g). **A party to an executory contract or unexpired lease that asserts a claim (other than a claim arising from rejection of any executory contract or unexpired lease) must file a Proof of Claim for such amounts by the Bar Date.**

   (b)  <u>Governmental Units</u>. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in these cases. The person signing this form has determined that the Order for Relief was entered on **September 6, 2018**, and therefor calculates that the deadline in Debtor's case is **March 5, 2019**. *See* 11 U.S. C. §§ 101(27) and 502(b)(9).[2]

   (c)  <u>Avoidance of Transfer</u>. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

   (d)  <u>Agreed Claims</u>. If your claim is listed on a Debtor's official bankruptcy schedules of assets and liabilities (the "<u>Schedules</u>") <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, <u>or</u> is listed as disputed, contingent, unliquidated or

---

[2]  The Governmental Units Bar Date is subject to any dates authorizing an extension of the deadline pursuant to the *Order Granting the United States' Omnibus Motion for Enlargement of Deadlines and a Stay of Proceeding with which the United States Government is a Party in Light of Lapse of Appropriations,* entered on January 23, 2019, as Docket No. 3, Misc. No. 1:19-mp-00101 MT.

1162418.1/81621.08002

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                          Page 2                          **F 3003-1.NOTICE.BARDATE**

unknown, or if you disagree with the amount or description of your claim (*e.g.,* its description as unsecured or non-priority), then you must timely file a Proof of Claim as set forth in this Notice.

4.  11 U.S.C. § 503(b)(9) Claims.  Claims arising from unpaid goods received by a Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9).  Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows:  (a) *Section 2 of Proof of Claim*.  Identifying the following:  (i) the goods for which a Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); and (iv) the place of delivery (use a continuation sheet if necessary); (b) *Section 5 of Proof of Claim*.  Check the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) and 503(b)(9).**

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWNACE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF RECORGANIZATION WITHOUT FURTHER NOTICE OR HEARING.  11 U.S.C. § 502((b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: April 9, 2019                            By: _____
                                                        Eric J. Fromme
                                                        THEODORA ORINGHER, PC

1162418.1/81621.08002

_____

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                            Page 3                            **F 3003-1.NOTICE.BARDATE**

# ATTACHMENT A

**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

---

Official Form 410

# Proof of Claim

4/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1:    Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | Name of the current creditor (the person or entity to be paid for this claim) _____<br><br>Other names the creditor used with the debtor _____ |
| 2. **Has this claim been acquired from someone else?** | ☐ No<br>☐ Yes.  From whom? _____ |

| | | |
|---|---|---|
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| | Name _____<br><br>Number        Street _____<br><br>City                State        ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ | Name _____<br><br>Number        Street _____<br><br>City                State        ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ | |

| | |
|---|---|
| 4. **Does this claim amend one already filed?** | ☐ No<br>☐ Yes.  Claim number on court claims registry (if known) _____        Filed on _____<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM  / DD  / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No<br>☐ Yes.  Who made the earlier filing? _____ |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  ____  ____  ____  ____

**7. How much is the claim?**

$_____. **Does this amount include interest or other charges?**

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☐ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**  $_____

**Amount of the claim that is secured:**  $_____

**Amount of the claim that is unsecured:**  $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**  $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**  $_____

**11. Is this claim subject to a right of setoff?**

☐ No

☐ Yes. Identify the property: _____

| | | Amount entitled to priority |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br><br>☐ Yes. *Check all that apply:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:    Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name  _____
First name          Middle name          Last name

Title  _____

Company  _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  _____
Number          Street

_____
City          State          ZIP Code

Contact phone  _____          Email  _____

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
535 Anton Blvd., 9th Floor, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 4/9/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 4/9/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

⊠  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 4/9/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Hon. Catherine E. Bauer
US Bankruptcy Court
Ronald Reagan Federal Building
5th Floor Bin,
411 West Fourth Street
Santa Ana, CA  92701

⊠ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/9/2019 | Loretta Chapman | /s/Loretta Chapman |
|---|---|---|
| Date | Printed Name | Signature |

1155230.1/81621.08002 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                          **F 9013-3.1.PROOF.SERVICE**

## SERVED BY COURT VIA NOTICE OF ELECTRONIC FILING

Alan J Friedman on behalf of Interested Party Alan Friedman
afriedman@shbllp.com; lgauthier@shbllp.com

Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

David S Kupetz on behalf of Interested Party
dkupetz@sulmeyerlaw.com; dperez@sulmeyerlaw.com
dperez@ecf.inforuptcy.com; dkupetz@ecf.inforuptcy.com

Jessica G McKinlay on behalf of Creditor Opus Bank
mckinlay.jessica@dorsey.com

Matthew S Walker on behalf of Interested Party Pillsbury Winthrop Shaw Pittman LLP
matthew.walker@pillsburylaw.com; candy.kleiner@pillsburylaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

William Lobel on behalf of Interested Party William Lobel
wlobel@pszjlaw.com; nlockwood@pszjlaw.com; jokeefe@pszjlaw.com; banavim@pszjlaw.com

Richard H Golubow on behalf of Interested Party Richard H Golubow
rgolubow@wcghlaw.com,
pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com

1155230.1/81621.08002 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**

## SERVED BY UNITED STATES MAIL

Kenneth Costello
Bryan Cave LLP
PO Box 503089
St. Louis, MO  63150-3089

Hugh M. Saddington
AFP Saddington LLP
18201 Von Karman Ave., Suite 4500
Irvine, CA  92612-1014

Curt C. Barwick
McConnell, Dunning & Barwick
9960 Research Drive, Suite 100
Irvine, CA  92618-4322

Robert J. Galle
19411 Foxdale Circle
Huntington Beach, CA  92648

Ryan Palmer
Gray Plant Mooty
80 South 8th Street
500 IDS Center
Minneapolis, MN  55402

Virginia Croudace
Croudace & Dietrich LLP
2151 Michelson Drive, Ste. 162
Irvine, CA 92612

Kathryn Weber
Jeffrey M. Verdon Law Group
1201 Dove Street, Suite 400
Newport Beach, CA  92660

John W. Spotts
Buckingham Consulting USA
420 West Melrose Street #21BC
Chicago, IL  60657

1155230.1/81621.08002 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**

Tracie Forse
Jackson Tidus A Law Corp.
2030 Main Street, Suite 1200
Irvine, CA  92614

Traci T. Tran
White Nelson Diehl Evans LLP
2875 Michelle Drive, Suite 300
Irvine, CA  92606

Heidi Winkelmann
Meissner Bolte
PO Box 860624
Munich 80538, Germany

Rossell Cibrian-George
Outfront Media, Inc.
PO Box 33074
Neward, NJ  07188-0074

Blake Garcia
Shared Insight Inc.
1501 N. Sepulveda Blvd., Suites E and F
Manhattan Beach, CA  90266

Steven L. Craig
1 Oceancrest
Newport Coast, CA 92657

Hon. Catherine E. Bauer
US Bankruptcy Court
Ronald Reagan Federal Building
5th Floor Bin,
411 West Fourth Street
Santa Ana, CA  92701

Robert S. Marticello
Smiley Wang-Ekvall, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626

---

1155230.1/81621.08002 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**

## SERVED BY MAIL (FRANCHISEES)

EUREKA FOOD ENTERPRISES LLC
STEVEN L CRAIG
4100 MACARTHUR BLVD, SUITE 200
NEWPORT BEACH, CA 92660

RUBY'S MV INC
GEORGE ALEXANDER, J. BRADY GRECO
19312 SAINT JUDE DRIVE
SANTA ANA, CA 92705

EAT AT JOES RESTAURANT INC
JOE CAMPBELL
18 BLUE JAY
ALISO VIEJO, CA 92656

HERITAGE RESTAURANT MANAGEMENT INC
JOHN FISHER, JOE CAMPBELL
1640 ORD WAY
OCEANSIDE, CA 92056

T. RANDOLPH HOWATT
27 INDIAN ROCK ROAD
SAN ANSELMO, CA 94960

BENCHMARK HOSPITALITY INC.
JOHN FISHER
31781 CAMINO CAPISTRANO
SAN JUAN CAPISTRANO, CA 92675

MARVI LAND INC
MICHEAL YOUSSEF
141 EAST WILLOW STREET
LONG BEACH, CA 90806

PV HOSPITALITY INC
SUHAIL HASHIM
20516 PESARO WAY
PORTER RANCH, CA 91326

F & M FOODSERVICE INC
JOHN FISHER
85101 STAZZONA PLACE
INDIO, CA 92203

1155230.1/81621.08002 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

RUBY'S YORBA LINDA LTD
DOUGLAS S. CAVANAUGH
4100 MACARTHUR BLVD., SUITE 310
NEWPORT BEACH, CA 92660

RUBY'S DINER ORANGE DEPOT LLC
JOHN FISHER
85101 STAZZONA PL
INDIO CA 92203

COFFIX LLC
ABRAHAM KOBI
5070 LANKERSHIM BLVD
NORTH HOLLYWOOD, CA 91601

SENIOR COUNSEL/BRANDS
SEVENTH FLOOR, MALL STOP 7-1
6905 ROCKLEDGE DR.
BETHESDA, MD 20817

NATIONAL PIZZA RESTAURANTS INC
CHRISTOPHER J. PAPPAS, HARRIS PAPPAS
13939 NORTHWEST FRWY.
HOUSTON, TX 77040

JAMUL INDIAN VILLAGE OF CALIFORNIA
ATTN CHAIRPERSON
14191 HIGHWAY 94
JAMUL, CA 91935

JAMUL INDIAN VILLAGE OF CALIFORNIA
C/O SAN DIEGO GAMING VENTURES LLC
ATTN GENERAL COUNSEL
825 BERKSHIRE BLVD
WYOMISSING, PA 19610

AC FOOD HALL PARTNERS LLC
C/O MOMENTUM HOSPITALITY RESORTS AC LLC
WILLIAM S WHITE, MANAGING MEMBER
15A MELANIE LANE, BUILDING #6
EAST HANOVER, NH 07936

1155230.1/81621.08002 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

LEVY PREMIUM FOODSERVICE LTD
MICHAEL T PERLBERG
980 NORTH MICHIGAN+A92:A125 AVE, SUITE 400
CHICAGO, IL 60611

LEVY PREMIUM FOODSERVICE LTD
C/O VALLEY VIEW CASINO CENTER
ATTN DIRECTOR OF OPERATIONS
3500 SPORTS ARENA BLVD
SAN DIEGO, CA 92110

RUBY'S MANAGEMENT LLC
DOUGLAS S. CAVANAUGH
4100 MACARTHUR BLVD., SUITE 310
NEWPORT BEACH, CA 92660

TAORMINA FAMILY VENTURE FUND LLC
WILLIAM C TAORMINA
128 W SYCAMORE
ANAHEIM, CA 92805

TAORMINA FAMILY VENTURE FUND LLC
C/O THOMAS BORCHARD
BORCHARD & CALLAHAN AC
25909 PALA, SUITE 300
MISSION VIEJO, CA 92691

ROUGH DRAFT RESTAURANT GROUP PA LLC
OFFICER DIRECTOR MANAGER AGENT
919 BALTIMORE PIKE
GLEN MILLS, PA 19342-1016

DJR VENTURES INC
OFFICER DIRECTOR MANAGER AGENT
375 E. ELM
KING OF PRUSSIA, PA 19428

KRG INVESTMENTS LLC
OFFICER DIRECTOR MANAGER AGENT
1945 OVERLAND AVE., UNIT 401
LOS ANGELES, CA 90025

1155230.1/81621.08002 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**